# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER MOORE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BLUETRITON BRANDS, INC.,<br><br>    Defendant. | Case No. 1:24-cv-01640 (FB) (TAM)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jennifer Moore, through her undersigned counsel, hereby gives notice that the above-captioned action against Defendant BlueTriton Brands, Inc. is voluntarily dismissed in its entirety, with prejudice, with each party to bear its own fees, costs, and expenses.

                Respectfully submitted,

Dated: October 10, 2024        **AHDOOT & WOLFSON, PC**

        By:  /s/ *Bradley K. King*
           Tina Wolfson (NY Bar No. 5436043)
           *twolfson@ahdootwolfson.com*
           Bradley K. King (NY Bar No. 5585336)
           *bking@ahdootwolfson.com*
           **AHDOOT & WOLFSON, PC**
           521 Fifth Avenue, 17th Floor
           New York, NY 10175
           Tel: (917) 336-0171
           Fax: (917) 336-0177

           *Counsel for Plaintiff Jennifer Moore*